UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KORI LANE LAKE,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL WHELAN,<br><br>              Defendant. | CASE NO.  C10-5317BHS/JRC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL A PORTION OF THE RECORD |

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

      Defendants have moved to seal a portion of the record that contains correspondence between police agencies.  The documents contain sensitive law enforcement information including contingency plans (Dkt. # 20).  The court has reviewed the sealed documents and the motion is GRANTED.

      DATED this 8th day of July, 2010.

                                                      J. Richard Creatura
                                                    United States Magistrate Judge

ORDER - 1