UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORI LANE LAKE,

    Plaintiff,

  v.

SHERIFF MICHAEL J. WHELAN,

    Defendant.

CASE NO. C10-5317BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 25). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     Plaintiff's motion for preliminary injunction (Dkt. 2) is **DENIED**.

DATED this 25th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER