UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORI LANE LAKE,

        Plaintiff,

v.

GRAYS HARBOR COUNTY SHERIFF MICHAEL J. WHELAN,

        Defendant.

CASE NO. C10-5317BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 38). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant's motion for summary judgment (Dkt. 28) is **GRANTED** and this action is **DISMISSED with prejudice**.

DATED this 10th day of March, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER