# United States District Court

WESTERN DISTRICT OF WASHINGTON

KORI LANE LAKE

v.

GRAYS HARBOR COUNTY SHERIFF
MICHAEL J. WHELAN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5317BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**;

Defendant's motion for summary judgment (Dkt. 28) is **GRANTED** and this action is **DISMISSED with prejudice.**

| March 11, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk